# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL ADEMILUYI, ) | |
| Plaintiff, ) | Case No. 2:14-cv-00507-MMD-CWH |
| vs. ) | **ORDER** |
| DAVID LEE PHILLIPS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Protective Order (#71), filed July 8, 2014. On June 24, 2014, the Court held a hearing on several discovery motions. *See* Mins. of Proceedings (#65). During the hearing, the Court specifically instructed the parties to meet and confer to negotiate a stipulated protective order regarding certain information, including information requested from third-parties. The stipulated protective order was to be submitted by July 8, 2014. Instead, Defendant filed a motion for protective order, which included several email communications between the parties that appear to show an unwillingness by Plaintiff to meet and confer on the issues. Thus, in order to ferret out the issues raised in the proposed protective order the Court will conduct another hearing. All necessary parties or party representatives must attend the hearing in-person. No telephonic appearances will be permitted. Accordingly,

**IT IS HEREBY ORDERED** that a hearing on Defendant's Motion for Protective Order (#71) will commence on **August 5, 2014 at 2:30 PM in Las Vegas Courtroom 3C**. **ALL PARTIES OR PARTY REPRESENTATIVES MUST APPEAR IN PERSON**.

**IT IS FURTHER ORDERED** that **all records obtained from third-parties as a result of any Rule 45 subpoena shall be quarantined by the parties and shall not be used in any way by any party or party representative until after completion of the August 5, 2014 hearing**.

**IT IS FURTHER ORDERED** that **FAILURE TO COMPLY WITH THE**

1 **REQUIREMENTS OF THIS ORDER SHALL RESULT IN AN ORDER TO SHOW CAUSE**
2 **WHY SANCTIONS, UP TO AND INCLUDING DISMISSAL OF THE LAWSUIT,**
3 **SHOULD NOT BE ENTERED**.
4     DATED: July 10, 2014.

                                                    _____
                                                  **C.W. Hoffman, Jr.**
                                                  **United States Magistrate Judge**